1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California  94104
4  Telephone:  (415) 983-0900
   Facsimile:  (415) 397-9005
5
   Attorneys for Plaintiff
6
   JEFFREY D. WOHL (Cal. State Bar No. 096838)
7  JUSTIN M. SCOTT (Cal. State Bar No. 302502)
   W. TUCKER PAGE (Cal. State Bar No. 306728)
8  PAUL HASTINGS LLP
   55 Second Street, 24th Floor
9  San Francisco, California  94105-3441
   Telephone:     (415) 856-7000
10 Facsimile:     (415) 856-7100
   jeffwohl@paulhastings.com
11 justinscott@paulhastings.com
   tuckerpage@paulhastings.com
12
   Attorneys for Defendant
13 Rite Aid Corporation

14

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

18  DARYN ULRICH, an individual,            No. 3:15-cv-05103-WHA

19              Plaintiff,                   **[PROPOSED]** **ORDER DISMISSING ACTION**
                                             **WITH PREJUDICE**
20        vs.
                                             Judge:    Hon. William Alsup
21  RITE AID CORPORATION, and DOES 1         Dept.:    8
    through 50 inclusive,
22                                           Complaint Filed:   April 16, 2015
                Defendants.                  Trial Date:        May 15, 2017
23

24

25

26

27

28

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated:    November 16, 2016    .

William Alsup
United States District Judge

LEGAL_US_W # 87367794.2